FILED

JAN 27 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER JOHN JEFFERSON,<br><br>Defendant. | CR 16-44-BLG-SPW<br><br><br><br>ORDER |

Defendant having filed a Motion to Change Plea (Doc. 26) on January 27, 2017,

IT IS HEREBY ORDERED that the trial set for February 6, 2017 is **VACATED.**

IT IS FURTHER ORDERED that a change of plea hearing is set for **Monday, February 6, 2017 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between January 27, 2017 and February 6, 2017 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

1

DATED this 27th day of January, 2017.

                                                _____
                                                SUSAN P. WATTERS
                                                U.S. DISTRICT JUDGE