

FILED
FEB 23 2017
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER JOHN JEFFERSON,<br><br>Defendant. | CR 16-44-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, PETER JOHN JEFFERSON is hereby released from the custody of the U.S. Marshal Service.

DATED this 23rd day of February, 2017.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE