IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-44-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| PETER JOHN JEFFERSON, | |
| Defendant. | |

For the reasons stated on the record, PETER JOHN JEFFERSON is hereby released from the custody of the U.S. Marshal Service.

DATED this 2nd day of May, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1