IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER JOHN JEFFERSON,<br><br>Defendant. | CR 16-44-BLG-SPW<br><br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Final Hearing re Revocation of Supervised Release currently scheduled for Friday, June 26, 2020 at 1:30 p.m. is **VACATED** and reset to commence on **Thursday, August 6, 2020 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 3rd day of June, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge

1