IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER JOHN JEFFERSON,<br><br>Defendant. | CR 16-44-BLG-SPW<br><br>ORDER |

Upon Defendant's Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. §3582(c)(1)(A)(i) (Doc. 97), and for good cause appearing therefore,

IT IS HEREBY ORDERED that the Defendant be released from custody in the above referenced matter on the 4th day of December, 2020, at 1:30 p.m. to begin his term of supervised release.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this ____ day of December, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1